IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00092-WDM-CBS

CATHERYN TRUEBLOOD, et al.,

    Plaintiffs,

v.

WESTERN ENTERPRISES, INC., et al.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Defendant Wolverine Fireworks Display, Inc.'s Unopposed Motion for Leave to Join Additional Parties and File Third Party Complaint (filed February 24, 2006; *doc. no. 10*) is **GRANTED**. Defendant Wolverine Fireworks Display, Inc.'s Third Party Complaint tendered to the court on February 24, 2006 (*doc. no. 10-3*), is accepted for filing as of the date of this order. It is further

    **ORDERED** that the scheduling conference set for April 18, 2006, at 10:45 a.m. is **CONVERTED** into a status conference. It is further

    **ORDERED** that the deadlines set forth in the court's minute order of February 24, 2006 (*doc. no. 12*) are **VACATED**.

**DATED:**    February 27, 2006