IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00092-WDM-CBS

CATHERYN TRUEBLOOD, et al.,

    Plaintiffs,

v.

WESTERN ENTERPRISES, INC., et al.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Amend the Civil Complaint and Jury Demand to Add an Additional Party (*doc. no. 21*) is **DENIED,** without prejudice, for failure to fully comply with **D.C.COLOL.CIVR. 7.1A**. The Court is unable to determine to what extent the Defendant attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

    IT IS FURTHER ORDERED that when filing documents with the court, Plaintiffs' counsel is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ); the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ) *and* the District of Colorado ECF Procedures (D.C. COLO. ECF. PROC.). **Counsel is particularly instructed to note D.C.COLOL.CIVR. 10.1E.**

**DATED:**    June 30, 2006