IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00092-WDM-CBS

CATHERYN TRUEBLOOD, et al.,

      Plaintiffs,

v.

WESTERN ENTERPRISES, INC., et al.,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Amended Motion for Leave to Amend the Civil Complaint and Jury Demand to Add an Additional Party (*doc. no. 25)* is **GRANTED** *nuc pro tunc* to June 29, 2006.

      IT IS FURTHER ORDERED that based upon the court granting the motion to amend and the addition of the City of Aurora as a party defendant, Plaintiffs have up to and including **July 18, 2006**, to file an appropriate motion to remand.

**DATED:**      July 11, 2006