IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00092-WDM-CBS

CATHERYN TRUEBLOOD, et al.,

    Plaintiffs,

v.

WESTERN ENTERPRISES, INC., et al.,

    Defendants.

## ORDER OF REMAND

Miller, J.

This matter is before me on plaintiffs' motion for remand based on lack of diversity, filed July 19, 2006. After the defendants failed to file a timely response, I ordered the defendants to show cause, by August 25, 2006, why the case should not be remanded to state court. As of this date, Defendants have not responded to either the motion or my show cause order.

Accordingly, it is ordered:

1. Plaintiffs' motion to remand, filed July 19, 2006 (Docket No. 35), is granted.

2. This case shall be remanded to the District Court, Arapahoe County, Colorado.

DATED at Denver, Colorado, on September 1, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL